UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BEAUTY MANUFACTURING SOLUTIONS CORP., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:10-CV-2638-G |
| ASHLAND, INC. d/b/a ASHLAND DISTRIBUTION, | ) ) ) ) | |
| Defendant. | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Accordingly, plaintiff's motion for attorney's fees and costs (docket entry 100), filed February 27, 2012, is **GRANTED** in part.  Plaintiff is awarded $325,069.71 in

reasonable and necessary attorney's fees and expenses, $16,635.50 in taxable costs, and $21,772.44 in prejudgment interest.  Defendant's motion to strike plaintiff's Declaration of Robert C. Wiegand (docket entry 107), filed March 16, 2012, is **DENIED**.

    **SO ORDERED**.

September 24, 2012.

                                      _/s/ A. Joe Fish_
                                      **A. JOE FISH**
                                      **Senior United States District Judge**